## AFFIDAVIT

I, Nancy McCormick, being sworn, state:

### INTRODUCTION AND AGENT BACKGROUND

1.     I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since February 1990.  I have been assigned to the Economic Crimes Squad of the FBI's Boston Division since 2003.  My responsibilities include the investigation of possible violations of federal law, including wire fraud, bank fraud, mortgage fraud, insurance fraud, and associated crimes, including identity theft.  During my tenure in Boston, I have received regular training, have participated in working groups, and have attended various fraud training conferences.  My investigations have included the use of surveillance techniques and the execution of search, seizure, and arrest warrants.

2.     I make this affidavit in support of an application for a complaint charging **CHARLES WASHINGTON ("WASHINGTON")**, also known as "Chip," with conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349, and aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a)(1) and (c), and for a warrant to arrest **WASHINGTON** on these charges.

3.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement personnel and witnesses.  This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not set forth all of my knowledge about this matter.

PROBABLE CAUSE

*Background*

4.  Since at least as early as August 2013, the FBI, the United States Secret Service, the Boston Police Department, and the United States Postal Inspection Service have been investigating a string of bank frauds that have resulted in the unauthorized withdrawal of millions of dollars from victims' checking, savings, and Home Equity Line of Credit accounts at banks, credit unions, and other federally insured financial institutions.

5.  The investigation to date has revealed that the fraud scheme is executed in one of two ways, through "Account Takeovers" or the use of "Drop Accounts."

Account Takeovers

6.  In "Account Takeovers," subjects obtain without authorization bank account numbers and personally identifiable information ("PII") for high-balance bank accounts. The PII includes names, addresses, dates of birth, Social Security Numbers, and sample signatures, all of which I am aware, based on my training and experience and the investigation to date, that banks use to identify and authenticate their customers.

7.  Subjects then recruit runners of the same gender and approximate age as the victim accountholders to impersonate the accountholders inside bank branches.

8.  Subjects obtain and give to the runners fake driver's licenses that bear the runners' photographs and the victims' PII.

9.  Subjects also instruct the runners in how to forge the victims' signatures, using the sample signatures as a model.

10. So equipped, the runners attempt to withdraw as much cash as possible from the victims' accounts, often visiting several different bank branches over a period of days, before the banks and their accountholders detect the account takeover.

### Drop Accounts

11. Subjects also use "Drop Accounts" to receive large-dollar wire transfers that have been fraudulently withdrawn from bank and home equity line of credit accounts.

12. Subjects again recruit runners, not to impersonate accountholders, but to open bank accounts in the runners' own names or in the names of non-existent businesses that the runners purport to control ("Shell Businesses").

13. The Shell Businesses typically claim to be and are named to appear as if they were title companies, property management companies, or contracting businesses for which incoming large-dollar wire transfers would not be unusual.

14. Subjects then provide the Drop Account information to other subjects, who cause unauthorized wire transfers in the hundreds of thousands of dollars into the Drop Accounts.

15. When the fraudulent wire transfers arrive, subjects alert the runners, who attempt to withdraw as much money as possible --- either in cash or by check or wire transfers to other Drop Accounts --- before the victim notices that money has been taken from his or her account.

16. To avoid detection, runners make cash withdrawals from different branches over a period of days.

**WASHINGTON**'s *Connection to the Fraud Scheme*

17. On April 28, 2016, investigators executed two search warrants at a residence on Greenbrier Street in Dorchester, Massachusetts ("the Greenbrier Apartment").

18.     **WASHINGTON** lives at the Greenbrier Apartment with his girlfriend and their two children, and he was there when agents executed the warrants.[1]

19.     Investigators seized from the Greenbrier Apartment substantial evidence of **WASHINGTON**'s involvement in the bank fraud scheme, including, among other evidence:

      a.     Handwritten notes containing names, addresses, dates of birth, and Social Security Numbers of individuals who did not reside at the Greenbrier Apartment;

      b.     Handwritten notes containing numbers later identified as account numbers at Bank of America, Webster Bank, Citizens Bank, Santander Bank, and TD Bank[2] in the names of individuals who did not reside at the Greenbrier Apartment;

      c.     Account opening kits, starter checkbooks, and debit cards in the names of individuals who did not reside at the Greenbrier Apartment;

      d.     Two bundles of $2,000 cash, each banded with Bank of America markings; and

      e.     a driver's license in the name of an individual who did not reside at the Greenbrier Apartment.

---

[1] Although **WASHINGTON** denied living at the Greenbrier Apartment, he kept a dresser full of men's clothing in one of its bedrooms and told agents that one of his identification documents was in "my room" – the room with the dresser full of men's clothing. Surveillance agents had seen **WASHINGTON** entering and leaving the Greenbrier Apartment on other days in April 2016; they had seen **WASHINGTON** in cars parked near the Greenbrier Apartment during the same period; and they obtained geolocation records from Verizon Wireless placing **WASHINGTON**'s cell phone within meters of the Greenbrier Apartment on all but a few of the evenings during a 30-day period of Court-authorized tracking in March and April 2016.

[2] I am aware based on my training and experience that each of these banks is a federally insured financial institutions.

20. Investigators also seized from the Greenbrier Apartment several cell phones, including an Apple iPhone 6 that **WASHINGTON** said was his. The iPhone 6 was found on the bed in the room he had described to investigators as "my room". **WASHINGTON** gave investigators the password for the iPhone 6. Until early April 2016, the iPhone 6 was assigned the telephone number (617) 704-0027.

21. Investigators also seized two Samsung "flip" phones from the dresser drawers containing men's clothing in the room that **WASHINGTON** said was his. Both of these phones and the iPhone 6 contained text messages in which the sender identified himself as "Chip" or "C." The seized cell phones contained, among other evidence, records of calls to various bank customer service numbers and text messages that:

    a. Sent and received names, addresses, dates of birth, and Social Security Numbers;

    b. Sent and received accountholder names and bank account numbers, including business account names such as "[Name] Property Management" or "[Name] Bath and Kitchen Consultant", and "[Name] Title Company." As noted above, the bank fraud scheme has used Drop Accounts named for purported property management, contracting, and title companies.

    c. Referred to "IDs", which I believe, based on my training and experience, are fake identifications ("Bro peeps is ready how long do the id take");

    d. Referred to the telephone numbers (802) 461-9767; (515) 443-1210; and (515) 423-8559 as belonging to **WASHINGTON** (i.e., "802 461 9767 chip" and "515 423 8559 that's my new joint." As is set forth below, these numbers have been used to contact

bank customer service numbers regarding either Drop Accounts or accounts that were taken over.

    e. Referred to having gotten "bands" (i.e., "The one who got the 5 bands out the other day"). I believe, based on the investigation to date, that "bands" refers to banded U.S. currency, like the $4,000 in cash from Bank of America that investigators seized from the Greenbrier Apartment.

    f. Contained a coconspirator's request for "a name," to which **WASHINGTON** responded that the coconspirator should use "Any last name , title co. Or title search co.". As noted above, Drop Accounts identified in the investigation to date have been named after purported title companies.

    g. Requested bank account information ("A [sic] I need the atm card # and experation [sic] date for ole girl I need it yesterday"); and

    h. Instructed a coconspirator to withdraw money ("66,000 was sent same sender, just grab 25,000").

*Bank Records Connected to the PII, Text Messages, Telephone Numbers, and Account Numbers Seized from the Greenbrier Apartment*

22. Investigators analyzed the dozens of names, addresses, dates of birth, Social Security Numbers, and bank account numbers seized either from the Greenbrier Apartment or from **WASHINGTON**'s three cell phones.

23. As set forth in the table attached to this affidavit as Exhibit 1, many of these identifiers were for accountholders and accounts at Citizens Bank, TD Bank, Bank of America, Santander Bank, and Webster Bank that either suffered Account Takeovers or had been used as Drop Accounts to receive fraudulent withdrawals from other financial institutions.

24.     Similarly, as set forth in Exhibit 1, records obtained from Citizens Bank showed that **WASHINGTON's** telephone number [(617) 704-0027] and other numbers **WASHINGTON** referred to as his were used to contact customer service numbers concerning several accounts that experienced either Account Takeovers or were used as Drop Accounts.

25.     In total, accounts connected in these ways to **WASHINGTON**, the Greenbrier Apartment, and his phones, experienced more than $2,600,000 million in fraudulent deposits and more than $1,000,000 in unauthorized withdrawals.

26.     Among the records seized from the Greenbrier Apartment was the name, address, date of birth, Social Security Number, and Santander bank account numbers for Accountholder 15 and Accountholder 16 (as described in Exhibit 1 to this affidavit), two Massachusetts residents who suffered just over $200,000 in authorized withdrawals after their Santander accounts were taken over in early August 2013.

## THE CHARGES

27.     For all of the reasons above and in Exhibit 1 to this Affidavit, there is probable cause to believe that, between at least as early as August 2013 and on or about April 28, 2016, in the District of Massachusetts and elsewhere, defendant **CHARLES WASHINGTON** committed the crime of bank fraud conspiracy by:

> knowingly and intentionally conspiring with others to execute a scheme and artifice to defraud financial institutions, and to obtain moneys, funds, credits, assets, securities and other property owned by, and under the custody and control of, financial institutions, by means of materially false and fraudulent pretenses, representations, and promises, to wit, by causing runners to make unauthorized withdrawals by impersonating bank accountholders and by causing runners to receive in Drop Accounts the proceeds of unauthorized bank withdrawals,

contrary to Title 18, United States Code, Section 1344, in violation of Title 18, United States Code, Section 1349.

28.     There is also probable cause to believe that, between in or about August 2013 and in or about October 2013, in the District of Massachusetts and elsewhere, defendant **CHARLES WASHINGTON** committed the crime of aggravated identity theft when he did:

> during and in relation to the conspiracy to commit bank fraud in violation of 18 U.S.C. § 1349 described in paragraph 27 above, knowingly and intentionally transfer, possess, and use, without lawful authority, means of identification of other persons, namely the names, dates of birth, Social Security Numbers, and bank account numbers of Accountholder 15 and Accountholder 16,

in violation of Title 18, United States Code, Section 1028A(a)(1) and (c)(4).

29.     I respectfully request that the Court order that all papers in support of the application for a complaint, including the affidavit, the complaint, the criminal action cover sheet, and the arrest warrant, be sealed until **WASHINGTON** is arrested on the requested warrant. Premature disclosure of the existence of the complaint and arrest warrant would threaten officer safety and may otherwise jeopardize the investigation.

Respectfully submitted,

*Nancy J. McCormick*
Nancy McCormick, Special Agent
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to before me on June  1 , 2016

*David H. Hennessy*
HONORABLE DAVID H. HENNESSY
United States Magistrate Judge

**EXHIBIT 1 - UNAUTHORIZED WITHDRAWALS CONNECTED TO THE GREENBRIER APARTMENT AND DEFENDANT CHARLES WASHINGTON'S CELL PHONES**

| ACCOUNTHOLDER | BANK | ACCOUNT # | DATE | DEPOSIT/BALANCE | WITHDRAWAL | CONNECTION BETWEEN DEFENDANT AND ACCOUNT | VICTIM BANK |
|---|---|---|---|---|---|---|---|
| 1 | Citizens Bank | xxxxxx2948 | 8/12/2015 | $ 48,180.00 | | iPhone called customer service line on 7/27/2015 & 8/4/2015; | Bank of Jackson Hole |
| | | | within 5 days | | $ 48,300.00 | Calls between 802-461-9767 and accountholder in 12/2015 | |
| 2 | Citizens Bank | xxxxxx8280 | 3/14/2016 | $ 68,500.00 | | | TruWest Credit Union |
| | | | next day | | $ 20,000.00 | iPhone called customer service line on 3/14/2016 | |
| | | | 3/16/2016 | $ 62,500.00 | | iPhone texted regarding accountholder on 2/16/2016 | |
| | | | within 1 day | | $ 34,001.00 | | |
| 3 | Citizens Bank | xxxxxx1058 | 1/6/2016 | $ 49,430.00 | | 802-461-9767 called customer service line: 1/7, 1/12/16 | TD Bank |
| 4 | Citizens Bank | xxxxxx4506 | 12/9/2015 | $ 67,000.00 | | | FirstMerit Bank |
| | | | within 20 days | | $ 86,500.00 | 802-461-9767 called customer serivce line: 12/9/15 | |
| 4 | Webster Bank | xxxxxx4739 | 3/31/2016 | $ 68,430.69 | | Victim name and deposit/withdrawal amounts in text | Northern Skies |
| | | | within 4 days | | $ 68,000.00 | messages on iPhone | |
| 4 | Webster Bank | xxxxxx4739 | 4/4/2016 | $ 66,420.31 | | Victim name and deposit/withdrawal amounts in text | Northern Skies |
| | | | within 3 days | | $ 66,000.00 | messages on iPhone | |
| 5 | Citizens Bank | xxxxxx5011 | 3/11/2016 | $ 70,000.00 | | iPhone [2/4/16] and (515) 443-1210 [3/2/16] called customer | Harvard University Employees Credit Union |
| | | | within 3 days | | $ 58,000.00 | service line | |
| 6 | Bank of America | xxxxxx8841 | 3/1/2016 | $ 75,201.00 | | 802-461-9767 texted accountholder's PII on 1/22/2016 | Whitney Bank |
| | | | within 1 day | | $ 30,000.00 | | |
| 6 | Citizens Bank | xxxxxx9635 | 3/7/2016 | $ 66,890.00 | | | Logix |
| | | | within 5 days | | $ 66,900.00 | 802-461-9767 texted accountholder's PII on 1/22/2016 | |
| | | | 3/16/2016 | $84,219.00 | | | |
| | | | within 1 day | | $ 25,000.00 | | |
| 7 | Citizens Bank | xxxxxx0018 | 1/13/2016 | $ 75,000.00 | | 802-461-9767 texted accountholder PII on 1/4/2016 | Northern Trust |
| 8 | Bank of America | xxxxxx1857 | 2/10/2016 | $ 65,300.00 | | | JPMorganChase |
| | | | 2/22/2016 | $ 31,300.00 | | Text messages between iPhone and accountholder phone re | |
| | | | within 2 days | | $ 31,000.00 | Bank of America business account debit card | |
| | | | 3/15/2016 | $ 215,275.00 | | Text messages between iPhone and accountholder phone re | Gulf Bank |
| | | | within 6 days | | | withdrawals and Drop Account to which $78,000 transfer was | |
| | | | 3/21/2016 | $ 235,670.00 | $ 178,000.00 | made | |
| 9 | Citizens Bank | xxxxxx4027 | 3/29/2016 | $ 78,539.00 | | Text messages re Accountholder on SAMSUNG Flip Phone | Foothills |
| | | | within 3 days | | $ 59,900.00 | | |

**EXHIBIT 1 - UNAUTHORIZED WITHDRAWALS CONNECTED TO THE GREENBRIER APARTMENT AND DEFENDANT CHARLES WASHINGTON'S CELL PHONES**

| # | Bank | Account | Date | Amount | Subtotal | Source |
|---|---|---|---|---|---|---|
| 10 | Webster Bank | xxxxx6095 | | | | Accountholder PII and account number on Samsung Flip Phone (April 2016) |
| 10 | TD Bank | xxxxxx0305 | 9/29/2014 within 3 days | $ 68,200.00 | $ 43,000.00 | Accountholder PII on Samsung Flip Phone (April 2016) |
| 10 | Citizens Bank | xxxxxx5283 | 10/7/2014 within 3 days | $ 64,900.00 | $ 64,900.00 | Accountholder PII on Samsung Flip Phone (April 2016) |
| 10 | Bank of America | xxxxxx3101 | 7/6/2015 7/7/2015 7/7/2015 | $ 42,000.00 $ 96,500.00 | $ 10,000.00 | Accountholder PII on Samsung Flip Phone (April 2016) |
| 11 | Webster Bank | xxxxxx3622 | 3/21/2016 | $ 210,570.00 | | Text messages regarding accountholder sent from 802-461-9767 on 1/22/2016 |
| 12 | Citizens Bank | xxxxxx9993 | 4/8/2016 | $ 153,619.13 | | Accountholder PII texted from Samsung Flip Phone on 4/5/16 |
| 13 | Citizens Bank | xxxxxx0433 | 3/30/2016 | $ 179,189.17 | | Accountholder PII texted from Samsung Flip Phone on 4/4/16 |
| 14 | Citizens Bank | xxxxxx2849 | 12/2/2014 | $ 45,280.18 | | Name, DOB, Address, and account number on paper in Greenbrier Apartment |
| 15 | Santander | xxxxxx0332 | 8/6/2013 within 2 months | $304,000.00 | $141,200.00 | Name, address, DOB, SSN, and account balance [$304,000] on paper in Greenbrier Apartment |
| 16 | Santander | xxxxx1187 | 9/9/2013 within 3 days | $ 67,000.00 | $ 62,700.00 | Name, address, DOB, SSN, account number, and account balance on paper [$67,000] in Greenbrier Apartment |

| | | |
|---|---|---|
| **TOTAL DEPOSITS/BALANCES** | $ | **2,659,113.48** |
| **TOTAL UNAUTHORIZED WITHDRAWALS** | | **$ 1,093,401.00** |