UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No.   16-MJ-4280- DHH |
| | ) | |
| **CHARLES WASHINGTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO WITHDRAW

Undersigned counsel for Charles Washington hereby seeks to withdraw.  Mr. Washington has directed counsel to withdraw.

WHEREFORE Counsel respectfully requests that his Motion to Withdraw as Attorney for the Defendant Charles Washington be granted.  Counsel also requests a hearing on this motion.

Respectfully submitted,

CHARLES WASHINGTON,
Defendant

By: /s/ Joseph M. Griffin, Jr.
Joseph M. Griffin, Jr.,
15 Court Square Suite 240
Boston, MA 02108
617-742-1663
Email: josgriffin@msn.com

Dated:  July 29, 2016

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | | |
| | ) | | |
| v. | ) | No. | 16-MJ-4280- DHH |
| | ) | | |
| **CHARLES WASHINGTON,** | ) | | |
| | ) | | |
| **Defendant.** | ) | | |

## AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW

I Joseph M. Griffin, Jr. do hereby state:

1. I have been appointed to represent the Defendant in this matter.

2. The instant action was initiated by a criminal complaint, alleging that the Defendant had committed conspiracy to commit bank fraud (18USC §1349) and aggravated identity theft (18USC §1028 (a)(1)).

3. The Defendant was taken into custody on or about June 2, 2016 and has been detained since.

4. The parties have been in discussion regarding a potential pre-indictment resolution. See docket paper # 17.

5. I have conferred with the Defendant, on multiple occasions, regarding the allegations, potential penalties, discovery produced, the sentencing guidelines, and all other relevant aspects of the Defendant's position.

6. Subsequently, without explanation, the Defendant asked me to withdraw.


Hereinafter your affiant say no more.


/s/ Joseph M. Griffin, Jr.
Joseph M. Griffin, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Joseph M. Griffin, Jr.
Joseph M. Griffin, Jr.

Date: July 29, 2016